**Robert ELLEDGE, Claimant–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.**

**No. 02–7146.**

United States Court of Appeals, Federal Circuit.

June 9, 2004.

Kyle E. Chadwick, Principal Attorney, David M. Cohen, of Counsel, Department of Justice, Washington, DC, for Respondent–Appellee.

Kenneth M. Carpenter, Principal Attorney, Carpenter, Chartered, Topeka, KS, for Claimant–Appellant.

### ORDER

Upon consideration of the appellant's unopposed motion to voluntarily dismiss this appeal,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted.

(2) Each side shall bear its own costs.